UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN VARGAS PIEDRA,<br><br>　　　　　　　　Defendant. | CR-09-133-FVS-3<br><br>ORDER DENYING RECONSIDERATION |

**THE COURT** previously having denied, on September 10, 2015, the defendant's request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782, *see* U.S.S.G. Manual supp. app. C., amend. 782 (2014) (altering the drug quantity tables); the defendant having filed a motion for reconsideration; and the Court having determined its original ruling remains correct; Now, therefore

**IT IS HEREBY ORDERED**:

1. The defendant's motion for reconsideration (ECF No. 241) is **denied** for the reasons set forth in the Court's order of September 10, 2015.

Order ~ 1

2. The District Court Executive shall send a copy of the September 10th order to the defendant with this order.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order and furnish copies to the defendant and to counsel for the plaintiff.

**DATED** this 26th day of October, 2015.


s/Fred Van Sickle
FRED VAN SICKLE
Senior United States District Judge

Order ~ 2